

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-16-00779-CR

Anthony Newton **HARRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9455
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

      According to our case management system, appellant's brief was originally due May 5, 2017. However, we subsequently had to abate this matter to the trial court for appointment of new counsel, which required that new briefing deadlines be set. Moreover, unbeknownst to the court, the clerk's record was not fully filed until September 22, 2017. Accordingly, appellant's brief was due – following appointment of new counsel and completion of the appellate record – on October 23, 2017. On October 20, 2017, appellant filed a motion for extension of time asking for an additional thirty days in which to file the brief. After reviewing the motion, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before November 22, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court